IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEIDRA Y. C.-C.,**

    **Plaintiff,**

    vs.                                                    CIV NO. 1:25-cv-00908-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's First Motion for Extension of Time to File Plaintiff's Opening Brief (the "Motion"), (Doc. 10), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **January 26, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **February 25, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE