**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DEIDRA C.-C.,

     Plaintiff,

v.                                      CIV. NO. 1:25-cv-00908-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

     Defendant.

**ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER coming before the Court upon Defendant's First Unopposed Motion for Extension of Time (the "Motion"), (Doc. 13), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Complaint no later than **March 27, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 20th day of February, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE