IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEIDRA Y. C.-C.,

       **Plaintiff,**

    **vs.**                                    **CIV NO. 1:25-cv-00908-KRS**

FRANK BISIGNANO,
**Commissioner of Social Security Administration,**

       **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's First Motion for Extension of Time to File Plaintiff's Reply Brief (the "Motion"), (Doc. 19), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

    **IT IS THEREFORE ORDERED** that Plaintiff shall file her reply brief no later than June 1, 2026.

    **IT IS SO ORDERED** this 4th day of May, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE