**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DEIDRA Y. C.-C.,**

**Plaintiff,**

**v.** **CIV. NO. 1:25-cv-00908-KRS**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration,**

**Defendant.**

## JUDGMENT

Having denied Plaintiff's Opening Brief, (Doc. 12), in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

**IT IS SO ORDERED** this 30th day of September, 2026.

Kevin Sweazea
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE